UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 1:14:CR:185-02

v.

                                HON. GORDON J. QUIST

JAMES MAURICE LUCAS,

        Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 14, 2014, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant James Maurice Lucas' plea of guilty to Count One of the Indictment is accepted. Defendant James Maurice Lucas is adjudicated guilty.

3. Defendant James Maurice Lucas shall be detained pending sentencing.


Dated: December 1, 2014                                                   /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE